```
 1  GOLDSMITH & BURNS      #5113146
    Stuart Meyers   SBN#: 51150
 2  Attorneys at Law
    18425 Burbank Blvd. #615
 3  Tarzana, CA 91356
    Tel: 818-708-2585
 4  Fax: 818-996-4537       ORIGINAL
 5
    Attorneys for the Plaintiff
 6
```

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV99-5719-LGB (MCx) |
| Plaintiff, | CONSENT JUDGMENT |
| vs. | ✓ Docketed |
| TRACY A. WALTERS aka TRACY A. MOORE, | ✓ Copies / NTC Sent |
| Defendant. | ✓ JS - 5 / JS-6 |
| | ___ JS - 2 / JS - 3 |
| | ___ CLSD |

Plaintiff, United States of America, having filed its Complaint herein and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. The defendant hereby agrees to the entry of Judgment in the principal amount of $2,751.21, plus interest accrued to November 4, 1999 in the sum of $1,453.81; with interest accruing

1 thereafter at $1.31 per day until entry of judgment; plus
2 attorney fees in the sum of $576.00, and cost in the sum of
3 $170.00.

4     4. Defendant will make monthly payments to plaintiff in the
5 amount of $125.00, beginning December 25, 1999 and continuing
6 monthly until fully paid.

7     5. The payment rate will be reevaluated annually and will
8 be modified, as necessary, to take into account the change
9 economic circumstances of the defendant.

10     6. For purposes of evaluation and possible modification,
11 the defendant will provide plaintiff with copies of defendant's
12 Federal Income Tax returns including all attachments and complete
13 Financial Statement on a form provided by plaintiff, two (2)
14 months prior to the first anniversary of the date the judgment is
15 entered, and at the same time each year thereafter, until the debt
16 is fully paid.

17     7. Under no circumstances, will the monthly payment rate be
18 lower than $125.00.

19     8. Should defendant become delinquent for period of fifteen
20 days in making any payment due hereunder, plaintiff shall have the
21 right to immediately enforce the full balance then due on this
22 consent judgment after giving credit for any payments made in
23 accordance with the applicable laws.

24     9. Liens will be recorded with the applicable County
25 Recorder wherein defendant resides or owns real property and
26 defendant shall bear the cost of such transactions.

27     10. When the amount of the consent judgment is full paid,
28 plaintiff shall prepare and file with the Clerk of the Court a

1 | Satisfaction of Judgment and provide defendant with Release of
2 | Lien Under Abstract of Judgment for defendant to record with the
3 | applicable County Recorders.
4 |     11. This consent judgment will accrue interest at the legal
5 | rate from the date of entry until Satisfied.
6 | 12. The defendant has been making payments of 115.00
7 | since May 1999. October 1999 payment was missed
8 | and as agreed caused the payment amt. to increase
    to 125.00 which started November 1999.

Dated: 11/24/99

TRACY A. WALTERS aka TRACY A. MOORE

1416 W. 145th St #210
(Defendant's Address)

Gardena, Ca.  90247-2436

(310) 715-1887
(Defendant's Telephone Number)

Date: 12-1-99

STUART D. MEYERS
Attorney for the
United States of America

IT IS APPROVED AND SO ORDERED ON:

Date: 12/6/99        BY ~~DEPUTY CLERK:~~ _Baird_
                                           U.S. District Judge