LODGED

GOLDSMITH & BURNS  F:\stuart\5113146.cjd2
Stuart Meyers SBN#: 51150
Attorneys at Law
18425 Burbank Blvd. #615
Tarzana, CA 91356
Tel: 818-708-2585
Fax: 818-996-4537

00 FEB -8 PM 12:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

FEB 02 2000

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 10 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
FEB -9 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CV99-5719 LGB |
|---|---|
| Plaintiff, | ) AMENDED CONSENT JUDGMENT |
| vs. | ) |
| TRACY A. WALTERS aka TRACY A. MOORE, | ) |
| Defendant. | ) |

✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

__ Priority
__ Send
✓ Closed
✓ Enter
__ JS-5/JS-6
__ JS-2/JS-3

Plaintiff, United States of America, having filed its Complaint herein and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. That this amended consent judgment supersedes the consent judgment filed on December 6, 1999 and entered on December 8, 1999.

4. The defendant hereby agrees to the entry of Judgment in the principal amount of $7,973.77, plus interest accrued to January 26, 2000 in the sum of $5,355.40; with interest

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE.

FEB 10 2000

1

accruing thereafter at $0.41 per day until entry of judgment; plus attorney fees in the sum of $1,132.00, and cost in the sum of $36.00.

5. Defendant will make monthly payments to plaintiff in the amount of $125.00, beginning December 25, 1999 and continuing monthly until fully paid.

6. The payment rate will be reevaluated annually and will be modified, as necessary, to take into account the change economic circumstances of the defendant.

7. For purposes of evaluation and possible modification, the defendant will provide plaintiff with copies of defendant's Federal Income Tax returns including all attachments and complete Financial Statement on a form provided by plaintiff, two (2) months prior to the first anniversary of the date the judgment is entered, and at the same time each year thereafter, until the debt is fully paid.

8. Under no circumstances, will the monthly payment rate be lower than $125.00.

9. Should defendant become delinquent for period of fifteen days in making any payment due hereunder, plaintiff shall have the right to immediately enforce the full balance then due no this consent judgment after giving credit for any payments made in accordance with the applicable laws.

10. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of such transactions.

11. When the amount of the consent judgment is full paid, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorders.

12. This consent judgment will accrue interest at the legal rate from the date of entry until Satisfied.

13. The defendant has been making payments of $115.00 since May 1999. The October 1999 payment was missed and as agreed, caused the payment amount to increase to

///
///
///

$125.00, which started in November 1999.

Dated: 1/31/00

_____
1416 W. 145th St. #210
(Defendant's Address)
Gardena, Ca. 90247

810 715-1887
(Defendant's Telephone Number)

Date: 2/3/00

_____
STUART D. MEYERS
Attorney for the
United States of America

IT IS APPROVED AND SO ORDERED ON:

Date: 2/7/00

_____
UNITED STATES DISTRICT JUDGE

3